# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | Case Number: MO:19-CR-00143(1)-DC |
| (1) Timothy John Morris<br>*Defendant* | § § | |

## ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF CONDITIONAL RELEASE, DEPORTATION OR EXCLUSION

I find that the Defendant:

[X] is, and was at the time the alleged offense was committed:

- [ ] on release pending trial for a felony under federal, state or local law.

- [ ] on release pending imposition or execution of sentence, appeal or sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

- [X] on probation, supervised release, or parole for an offense under federal, state, or local law; or

[ ] is not a citizen of the United States or lawfully admitted for permanent residence as defined at 8 U.S.C. § 1101 (a)(20).

I further find that the Defendant may:

[X] flee, and/or

[X] pose a danger to another person or the community.

I accordingly **ORDER** the detention of the Defendant without bail to and including SEPTEMBER 9, 2019 AT 1:30 PM, which is not more than ten days from the date of this Order, excluding Saturdays, Sundays, and holidays.

I further direct the attorney for the Government to notify the appropriate court, probation or parole official, or state or local law enforcement official, or the appropriate official of the Immigration and Naturalization Service so that the custody of the Defendant can be transferred and a detainer placed in connection with this case.

If custody is not transferred by the above date, I direct the production of the Defendant before me on that date so that further proceedings may be considered in accordance with the provisions of 18 U.S.C. § 3142.

| | |
|---|---|
| 08/26/2019 | *[signature]* |
| Date | RONALD C. GRIFFIN<br>UNITED STATES MAGISTRATE JUDGE |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **United States of America** | § § | |
| **vs.** | § § | Case Number:  MO:19-CR-00143(1)-DC |
| **(1) Timothy John Morris**<br>*Defendant* | § | |

## WAIVER OF DETENTION HEARING WITH RESERVATION OF RIGHTS

I, **(1) Timothy John Morris,** the Defendant am charged by Complaint/Information/Indictment with a violation of **21 USC 841 POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** in the Western District of Texas. Having appeared before this Court and having been advised of my rights as required by the Federal Rules of Criminal Procedure, I acknowledge that I have a right to a hearing to determine if conditions of release may be established in this cause.

On _____, I informed the Court that there was no need to have a bond/detention hearing, and I would not contest the Government's Motion to Detain at this time, but reserve the right to have such a hearing at a later date. After consultation with my attorney, I have determined that I wish to waive my right to a bond/detention hearing to establish potential conditions of release, with the understanding that I reserve the right to request a hearing for conditions to be set at a later time.

Signed this _____ day of _____, 20 ___.

_____
**Defendant**

_____
**Attorney for Defendant**